In the Matter of the Assignment of JAMES TAYLOR for the Benefit of Creditors to STILLMAN F. KNEELAND, Appellant.
In the Matter of the Claim of DANIEL W. KEEFE, Respondent.

*Matter of Taylor*, 52 App. Div. 634, appeal dismissed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 14, 1900, affirming an order of the Erie County Court, confirming reports of a referee determining that the claim of

Daniel W. Keefe is entitled to preference under the provisions of the General Assignment Act relating to employees.

*B. Frank Dake* for appellant.

*Irving W. Cole* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting: O'BRIEN, J.